# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ADEDOLAPO PAUL I.,

Case No. 26-cv-1866 (LMP/EMB)

Petitioner,

v.

**ORDER OF DISMISSAL**

SHERBURNE COUNTY JAIL and
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Respondents.

This matter is before the Court on the parties' Stipulation to Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a) ("Stipulation"), ECF No. 11.  Based on the parties' Stipulation, and on the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims between the parties in this matter are **DISMISSED WITHOUT PREJUDICE**, without costs or disbursements to any party.

Dated: March 30, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge